**Exhibit A to the Complaint**

**Location:** Weymouth, MA  **IP Address:** 24.91.32.193
**Total Works Infringed:** 32  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 020E4F3130F70D056AA541C7DCB45BB96987491D<br>File Hash:<br>365ADEA596D33689CF1320BD7DB91433BED05EB2F09978D85B7B9A90469C59EE | 05-06-2023 01:53:22 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 2 | Info Hash: C66C68567B410A9898F2F6EF8AB001B4C1D3C212<br>File Hash:<br>281B4A3DEA06D447CEB4A72C07D4655F60123C065059DF7CB9509D58023EEF91 | 04-29-2023 21:18:13 | Vixen | 04-21-2023 | 05-15-2023 | PA0002411310 |
| 3 | Info Hash: F8FBC36D824DEAFA3B0065D6F5B56870A30EE4DD<br>File Hash:<br>C9BE0488CC1277581F0DE03434554ECFA894B8DFC32605AA8319A2FC7BC19879 | 04-20-2023 02:02:21 | Vixen | 04-14-2023 | 05-15-2023 | PA0002411265 |
| 4 | Info Hash: FF79E9DFC700B8931D11F713C9E9B2370FE2E0E1<br>File Hash:<br>B0D5581077FEF7AFF6B3F1D8BC39F8610C0BEBC84648CB0891AF544B9FDACEBA | 04-17-2023 00:03:16 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 5 | Info Hash: 21A2845346091F5C6640233B97139C5098FFE408<br>File Hash:<br>C04D526F2D183862334513293B8A22620011286784F1702EE7A53B03A5570927 | 04-15-2023 02:03:20 | Vixen | 03-17-2023 | 04-10-2023 | PA0002405944 |
| 6 | Info Hash: 60BCCBB0AC4CBFF8FF0BA4FCBD32E5FA3BAADD16<br>File Hash:<br>345121A9C591335279FF008033711FDFF7C4866946F7AD249AF1061E591BE2E7 | 04-10-2023 00:15:19 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 7 | Info Hash: 175E0D095B52ACC2F7E9868B5120A097C7B8E4DA<br>File Hash:<br>E8052046FFEA1F18BF916315ABD15D08CD6820977511CB37A0D95D05E529186C | 04-09-2023 02:32:19 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |
| 8 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash:<br>1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 01-22-2023 21:55:38 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 9 | Info Hash: 1A76A113C1D33455F6FB4D100985C9DA1974F425<br>File Hash:<br>3A1FA743DEEE32C83316CCC75083FEBCC7CAAF64D5BE1B92439D792FDBDBA248 | 01-16-2023 04:24:14 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 10 | Info Hash: 8BA41798E33B659C6AB6BE1F5970479FC27BE064<br>File Hash:<br>918D5BEC584BD604582A22D42C1B6919C6FDE585CD60660FAF08C8A97738DF9C | 01-15-2023 03:34:46 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 11 | Info Hash: 7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash:<br>7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 01-15-2023 03:25:47 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 89C58C66D343F338D5F2A7B1B7FDC6DFB12C7050<br>File Hash: 62EEE16EFC2EA791C25B323955530CAC9F89AB9D7FBBB5BBC6ED49E1669F0A31 | 01-15-2023 03:17:40 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 13 | Info Hash: 5B3077C160BA3582630AD259484DFC305BDEB60B<br>File Hash: 18B36582A648ED0D8A39159D76E215F6850D2FF07F887938E4471CDA8D3098DD | 01-15-2023 03:05:50 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 14 | Info Hash: C007925479E9CAE8464CB50F5733191C0EC1764A<br>File Hash: 34B99FCF3503E925DA02EB09DA25808E24D5EB62BCE0402C837DB758CDAE249C | 01-06-2023 21:28:23 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |
| 15 | Info Hash: 74F7C03315B7FB96932FAEFB2122EE94072BBB62<br>File Hash: F1394FAEA4BCA26F7544C40260D0CC4432B90408C8CB5B431307F4320C999EB9 | 12-14-2022 01:45:16 | Vixen | 12-02-2022 | 02-21-2023 | PA0002401003 |
| 16 | Info Hash: 72346C684333B29BA44A3AD510D50601209FC2CE<br>File Hash: E0C847982F6D2E8FEE75BFF7D0A5C8996ADC5833DCD8B863F3F53AA452E0BBB8 | 12-13-2022 18:18:46 | Vixen | 11-25-2022 | 12-11-2022 | PA0002384729 |
| 17 | Info Hash: EAB2397384B19AA89B987261808AB979F962822E<br>File Hash: 6603E3B54B2503DA948AB6D6F05E3CE18E3220BD3E45F2EF217F231364844512 | 11-06-2022 02:21:58 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 18 | Info Hash: D359D35875C5F32B41F0249F3A7799C24A9924E8<br>File Hash: 22F62BF081C26626057E0DAC33C9E8282D46787B2DE6D812884FD8BA8466B016 | 08-27-2022 19:20:00 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 19 | Info Hash: 9166337185E648B47AAEFA857CDFC5288A1BA5FA<br>File Hash: F30AD5E122CC7A08179414E20BF3E69012CDEC3105935416D6C8193BCFF2FDD1 | 08-27-2022 02:11:45 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 20 | Info Hash: D1E9777E67C9341EDDCA1915A749026CC2307DB6<br>File Hash: 21CDED7FB317274770D07E001AB2481E1EA2D946800B7787A59F61272DEF94CD | 08-27-2022 02:02:03 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 21 | Info Hash: A40B0A7D3692916FFA8E12429BA885CB1B7250D3<br>File Hash: B15DF277602F5F35EB43EEC0A104A338E0B4968BBA24BE23DE2F572F12C5DD4B | 08-24-2022 01:54:22 | Tushy | 08-07-2022 | 08-29-2022 | PA0002367740 |
| 22 | Info Hash: E80911DFB9A223C1D65056D1A4E2AD4B8EAFE8D9<br>File Hash: 4FAEE6CF727194788E1E339165C431B7DEC10D918A13820CECE400DECA50CDD9 | 08-23-2022 21:34:29 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 23 | Info Hash: 90BEDE1C87FEF47FC502567EF05EDA19FC678383<br>File Hash: 1C3652BCCE2E0E7EE5FA9B6F3B93191E60F451482D7D4719175314D8D20782C6 | 08-23-2022 00:39:14 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: D156C5F6B8F3AF78BE99FC1DD0FBF7177BBCED5C<br>File Hash: 59510D6F123F21429DA99C2323BF6EC72A9E3C364259F9D987AE22848F5FC312 | 08-07-2022 01:03:16 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 25 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash: 54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 08-07-2022 00:54:43 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 26 | Info Hash: 117CA95ECA49CAFAEFB42B0B343C6631B6B37BBD<br>File Hash: 9746EDC3063F53EBE110CFCB65D94D0E48DE56AC10EDD87A90C772E2648142ED | 07-26-2022 01:59:32 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 27 | Info Hash: E90115F8B4EDB83CCE5CFD1711E21AAB8BFD0892<br>File Hash: 9CEE06823BBE8F033CAA7203AD4A26D243283B180012CD6182E454F7F89B26B0 | 07-26-2022 01:54:29 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |
| 28 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash: 478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 07-26-2022 01:50:38 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 29 | Info Hash: 05438F2CF69D18238BBA727486A2E2701D8C6209<br>File Hash: 2410CBC313B4B1900B9EA08395296AB2AC2FC150963C30152F45421D5C4DE38C | 07-26-2022 01:47:57 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 30 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash: E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 07-26-2022 01:40:30 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 31 | Info Hash: BB349C1293CF3112B08434A0CD6DB65533E540AE<br>File Hash: A0B82E6D979B02C53F6EF85500D6622928A69DB240883DC1978E9B1601CF5FAB | 07-26-2022 01:30:35 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 32 | Info Hash: 0F058C65F3232B7C21FC46A70D9A282290A70729<br>File Hash: 13F283614EA119F14F567A4C85407B6D90A09735B58AE12228BE7A085CB81F34 | 05-05-2022 20:59:29 | Vixen | 02-11-2022 | 02-14-2022 | PA0002335457 |